796 A.2d 891

KIRA VEKSHTEYN, PLAINTIFF–RESPONDENT, v. MOVADO GROUP, INC., A CORPORATION, AND JAMES STICKNEY, DEFENDANTS–APPELLANTS.

April 26, 2002.

## ORDER

This matter having been duly considered and the Court having determined that certification is improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

796 A.2d 891

ATLANTIC COUNTY UTILITIES AUTHORITY, PLAINTIFF–RESPONDENT, v. THE COUNTY OF SOMERSET, DEFENDANT–APPELLANT.

April 29, 2002.

## ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.